[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Am. Homeowner Preservation, L.L.C. v. Montgomery Cty.*, Slip Opinion No. 2023-Ohio-1282.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports.  Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2023-OHIO-1282

THE STATE EX REL. AMERICAN HOMEOWNER PRESERVATION, L.L.C., APPELLANT, *v.* MONTGOMERY COUNTY ET AL., APPELLEES.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Am. Homeowner Preservation, L.L.C. v. Montgomery Cty.*, Slip Opinion No. 2023-Ohio-1282.]

*Court of appeals' judgment affirmed on the authority of* US Bank Trust, Natl. Assn. v. Cuyahoga Cty.

(No. 2022-0017—Submitted April 18, 2023—Decided April 25, 2023.)

APPEAL from the Court of Appeals for Montgomery County, No. 29140.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State ex rel. US Bank Trust, Natl. Assn. v. Cuyahoga Cty.*, __ Ohio St.3d __, 2023-Ohio-1063, __ N.E.3d __.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

DETERS, J., not participating.

_____

Advocate Attorneys, L.L.P., Andrew M. Engel, and Marc E. Dann, for appellant.

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Ward C. Barrentine and Anu Sharma, Assistant Prosecuting Attorneys, for appellees.

_____